**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND AND SOUTHEASTERN MASSACHUSETTS CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION**

**v.** **C.A. No. 08-149T**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION N0. 99**

**ENTRY OF APPEARANCE**

I, David L. Fine, hereby enter my appearance for the plaintiff, Rhode Island and Southeastern Massachusetts Chapter of the National Electrical Contractors Association.

Respectfully submitted,
Plaintiff/Counterclaim Defendant,
By its Attorneys,

/s/ David L. Fine, Esq.

Girard Visconti, Esq. (#0566)
David L. Fine, Esq. (#7368)
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

**CERTIFICATION**

I hereby certify that I electronically filed the within on June 2, 2008. The foregoing is available for viewing and downloading from the Court's Electronic Case Filing system. Service on Marc B. Gursky, Esq. and Elizabeth Wiens, Esq. has been effectuated by electronic means.

/s/ David L. Fine